IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSE J. AMARAL, JR.,<br><br>    Defendant.                      / | No. CR 14-00437 CRB<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING DATE** |

Defendant Jesse J. Amaral, Jr.'s Motion to Continue his sentencing date from December 16, 2015 to February 16, 2016 (dkt. 90) is GRANTED. Defendant will be sentenced on February 10, 2016 at 2:00 p.m. Defendant is advised that he should be prepared to surrender at that time.

**IT IS SO ORDERED.**

Dated: November 24, 2015

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE