| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>Acting United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | HARTLEY M. K. WEST (CABN 191609)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6747 |
| 7 | FAX: (415) 436-7234<br>Hartley.West@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR- 14-437 CRB |
| Plaintiff, | ) | |
| v. | ) | |
| FELIX CABRERA and<br>EUGENE CORDA | ) | |
| Defendants. | ) | |
| UNITED STATES OF AMERICA, | ) | CASE NO. CR- 14-441 CRB |
| Plaintiff, | ) | |
| v. | ) | STIPULATED REQUEST TO CONTINUE<br>SENTENCING DATE FOR DEFENDANTS<br>CABRERA, CORDA, AND SINGLETON;<br>[~~PROPOSED~~] ORDER |
| ROBERT SINGLETON, | ) | |
| Defendant. | ) | |

On November 24, 2015, in *United States v. Amaral* (CR 14-437 CRB), the Court continued the sentencing of defendant Jesse Amaral to February 10, 2016. The cooperating codefendants in this case, Felix Cabrera and Eugene Corda, as well as the cooperating defendant in the related case (CR 14-441 CRB), Robert Singleton, pleaded guilty in 2014 and their sentencings have been trailing Amaral's.

STIP. REQUEST TO CONTINUE SENTENCINGS; [PROPOSED] ORDER
CR 14-437 CRB/CR 14-441 CRB

The parties now submit this stipulated request to continue their sentencings to again trail Amaral's. Specifically, the government and defendants Singleton and Corda jointly request that their sentencings be set for March 2, 2016, at 2:00 p.m. As counsel for defendant Cabrera is scheduled to be in trial on March 2, the government and defendant Cabrera jointly request that his sentencing be set for March 23, 2016, at 2:00 p.m.

SO STIPULATED.

DATED: December 14, 2015

/s/
PAMELA R. DAVIS
Counsel for defendant Robert Singleton

DATED: December 14, 2015

/s/
MARK W. COLEMAN
Counsel for defendant Eugene Corda

DATED: December 14, 2015

/s/
ELLEN LEONIDA
Counsel for defendant Felix Cabrera

DATED: December 14, 2015

BRIAN J. STRETCH
Acting United States Attorney

/s/
HARTLEY M. K. WEST
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

Based on the parties stipulated request, the Court hereby continues the sentencings of defendants Robert Singleton, Eugene Corda, and Felix Cabrera in the above-captioned related cases. Robert Singleton (CR 14-441 CRB) shall be sentenced on March 2, 2016, at 2:00 p.m. Eugene Corda (CR 14-437 CRB) shall be sentenced on March 2, 2016, at 2:00 p.m. Felix Cabrera (CR 14-437 CRB) shall be sentenced on March 23, 2016, at 2:00 p.m.

SO ORDERED.

DATED: December 17, 2015

HON. CHARLES R. BREYER
United States District Judge